UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILLENNIUM, L.P.,

**Plaintiff**

-v-

DOCUMENT IMAGING SOLUTIONS, INC.,

**Defendant**

Case No. 07-CV-08183

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _Millennium, L.P._ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

Date: 9/14/07

**Signature of Attorney**
Jean-Marc Zimmerman
Attorney Bar Code: JZ 7743

Form Rule7_1.pdf