## ZIMMERMAN, LEVI & KORSINSKY, L.L.P.
226 ST. PAUL STREET
WESTFIELD, NEW JERSEY 07090

TEL: (908) 654-8000
FAX: (908) 654-7207

NEW YORK OFFICE
39 BROADWAY, SUITE 1601
NEW YORK, NEW YORK 10006
TEL: (212) 363-7500
FAX: (212) 383-7171

WRITER'S E-MAIL:
jmzimmerman@zlk.com

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: DEC 1 8 2007]

December 17, 2007

VIA FACSIMILE
Hon. Laura Taylor Swain, U.S.D.J.
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

MEMO ENDORSED

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do [fax such] certification to Chambers.

Re:  Millennium, L.P. v. Document Imaging Solutions, Inc.
     Case No. 07 Civ. 8183 (LTS)

Dear Judge Taylor:

I represent the plaintiff in the above-identified matter. A pre-trial conference is scheduled to be held in this matter on Friday, December 21, 20078 at 11:00 a.m. As the defendant has not yet responded to the Complaint or otherwise contacted me despite being served on November 8, 2007, I am writing to respectfully request that the conference be adjourned for 30 days. Thank you for considering this request.

Respectfully,

Jean-Marc Zimmerman

JMZ/pf
cc: Mr. Mitchell Medina

The conference is adjourned to February 1, 2008, at 9:45 AM.

SO ORDERED.

/s/ Laura Taylor Swain  12/17/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Copies mailed/faxed to  TT's Counsel
Chambers of Judge Swain   12-18-07