UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

MILLENNIUM, L.P.,

                Plaintiff,

v.

DOCUMENT IMAGING
SOLUTIONS, INC.,

                Defendant.

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Case No. 07 CV 8183 (LTS)

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Millennium, L.P. hereby dismisses without prejudice this action and all claims therein.

By: _/s/ Jean-Marc Zimmerman_
Jean-Marc Zimmerman, Esq. (JZ 7743)
Zimmerman, Levi & Korsinsky, L.L.P.
226 St. Paul Street
Westfield, NJ 07090
Tel: (908) 654-8000
Fax: (908) 654-7207
Attorneys for Millennium, L.P.

Dated: December 20, 2007
      Westfield, New Jersey

SO ORDERED:

_____
Laura Taylor Swain, U.S.D.J.

Dated: December _____, 2007