UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 2 8 2008

| | |
|---|---|
| MILLENNIUM, L.P., | |
| Plaintiff, | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| v. | Case No. 07 CV 8183 (LTS) |
| DOCUMENT IMAGING SOLUTIONS, INC., | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Millennium, L.P. hereby dismisses without prejudice this action and all claims therein.

By: /s/ Jean-Marc Zimmerman
Jean-Marc Zimmerman, Esq. (JZ 7743)
Zimmerman, Levi & Korsinsky, L.L.P.
226 St. Paul Street
Westfield, NJ 07090
Tel: (908) 654-8000
Fax: (908) 654-7207
Attorneys for Millennium, L.P.

Dated: December 20, 2007
Westfield, New Jersey

SO ORDERED:

/s/
Laura Taylor Swain, U.S.D.J.

Dated: ~~December~~ January 28, 2008